Sean T. Malone OSB # 084060
Attorney at Law
259 E. 5th Ave, Suite 200-G
Eugene, OR 97401
Tel. (303) 859-0403
Fax. (650) 471-7366
seanmalone8@hotmail.com

Marianne Dugan (OSB # 93256)
Attorney at Law
259 E. 5th Ave., Ste 200-D
Eugene, OR 97401
Tel. (541) 338-7072
Fax. (866) 650-5213
mdugan@mdugan.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SODA MOUNTAIN WILDERNESS COUNCIL; OREGON WILD; KLAMATH SISKIYOU WILDLANDS CENTER; CENTER FOR BIOLOGICAL DIVERSITY; and CASCADIA WILDLANDS, | No. 1:12-cv-01171 |
| v. | PLAINTIFFS' MOTION FOR STAY PENDING APPEAL |
| UNITED STATES BUREAU OF LAND MANAGEMENT | |
| Defendant, | |
| MURPHY COMPANY, | |
| Defendant-Intervenor. | |

1 – Plaintiffs' Motion for Stay Pending Appeal

Pursuant to LR 7.1(a)(1), counsel for Plaintiffs conferred with counsel for Federal Defendants and counsel for Defendant-Intervneor, and they are opposed to this motion.

Pursuant to Federal Rule of Civil Procedure 62(c), Plaintiffs, by and through their undersigned attorneys, hereby respectfully request that this Court issue a stay pending Plaintiffs' appeal for the Cottonwood timber sale.  This motion is necessitated by Defendant-Intervenor's stated intention to log during winter conditions.  Logging activities ensued after Plaintiffs' Motion for Preliminary Injunction was denied (Dkt #42), but stopped soon thereafter due to wet conditions in the project area.  In the likely event sufficient snow falls on the project area, Defendant-Intervenor will resume logging activities in the project area.

To avoid irreparable harm and maintain the status quo, Plaintiffs respectfully request that this Court issue an order staying logging activities pursuant to the Cottonwood timber sale pending a resolution of Plaintiffs' appeal of the denial of their Motion for Preliminary Injunction.

This motion is based upon the Memorandum, Declarations, and Exhibits filed herewith, and the Administrative Record filed with the Court.

Respectfully submitted December 19, 2012.

    s/ Sean T. Malone
    Sean T. Malone, OSB # 084060
    Attorney for Plaintiffs
    259 E. 5th Ave., Ste 200-G
    Eugene OR 97401
    (303) 859-0403

    s/ Marianne Dugan
    Marianne Dugan, OSB # 93256
    Attorney for Plaintiffs
    259 E. 5th Ave., Ste 200-D
    Eugene, Oregon 97401
    (541) 338-7072

2 – Plaintiffs' Motion for Stay Pending Appeal

**Certificate of Service**

   I hereby certify that on December 19, 2012, Plaintiffs filed through the United States District Court ECF System the foregoing to be served by CM/ECF electronic filing on the following attorneys of record:

Michael E. Haglund
Haglund Kelley Jones & Wilder
200 SW Market St. Ste 1777
Portland OR 97201
Ph. 503.225.0777
Fax 503.225.1257
haglund@hk-law.com

Alison Garner
U.S. Department of Justice
Environment and Natural Resources Division
PO Box 7611
Washington DC 20044-7611
Ph. 202.514.2855
Fax. 202.305.0506

Jason Hill
U.S. Department of Justice
Environment and Natural Resources Division
PO Box 7611
Washington DC 20044-7611
Ph. 202.514.1024
Fax. 202.305.0506

          /s/ Sean T. Malone
          Sean T. Malone
          *Attorney for Plaintiffs*

3 – Plaintiffs' Motion for Stay Pending Appeal