Marianne Dugan (OSB # 932563)
Attorney at Law
259 E. 5th Ave., Ste 200-D
Eugene, OR  97401
Phone: (541) 338-7072
Fax no. (866) 650-5213
mdugan@mdugan.com

Sean T. Malone (OSB # 084060)
Attorney at Law
259 E. 5th Ave., Ste 200-G
Eugene, OR  97401
Phone: (303) 859-0403
Fax no. (650) 471-7366
seanmalone8@hotmail.com

      Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SODA MOUNTAIN WILDERNESS COUNCIL; OREGON WILD; KLAMATH SISKIYOU WILDLANDS CENTER; CENTER FOR BIOLOGICAL DIVERSITY; and CASCADIA WILDLANDS,<br><br>    Plaintiffs,<br><br>       v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>    Defendant. | No. 1:12-cv-01171-CL<br><br>BILL OF COSTS |

    Judgment having been entered in the above entitled action on September 6, 2013, against the defendant, the Clerk is requested to tax the following as costs:

    **Fees of the Clerk** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $ 1260.00

PAGE 1 - BILL OF COSTS

Complaint filing fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 350.00

Injunction appeal filing fee & docketing fee . . . . . . . . . . . . . . $ 455.00

Merits appeal filing fee & docketing fee . . . . . . . . . . . . . . . . . $ 455.00

**Fees for service of summons and subpoenas** . . . . . . . . . . . . . . . . . . . TOTAL   $ 28.00

Service of summons & complaint via certified mail (FRCP 4(i) . $ 28.00

**TOTAL** . . . . . . . . . . . . . $ 1288.00

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was served on defendants' counsel via CM/ECF filing.

Signature of Attorney:   __/s/  Marianne Dugan__

Name of Attorney:   Marianne Dugan, for Plaintiff     Date:  September 20, 2013.

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____

Clerk of the Court                            Deputy Clerk                                    Date

PAGE 2 - BILL OF COSTS